AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**CODY VOLLAN**<br><br>*Defendant* | ) Case: 1:22-mj-00014<br>) Assigned To : Harvey, G. Michael<br>) Assign. Date : 1/14/2022<br>) Description: COMPLAINT W/ ARREST WARRANT<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   _____CODY VOLLAN_____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building,
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

Date: __01/14/2022__

*G. Michael Harvey*
Digitally signed by G. Michael Harvey
Date: 2022.01.14 12:53:35 -05'00'

*Issuing officer's signature*

City and state:   __Washington, D.C.__   __G. Michael Harvey, U.S. Magistrate Judge__
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/14/22 , and the person was arrested on *(date)* 1/19/22
at *(city and state)* Flossmoor, IL .

Date: 1/19/22

*[signature]*
*Arresting officer's signature*

SA John J. Coleman
*Printed name and title*