UNITED STATES DISTRICT COURT
FOR THE DISCTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.       22- cr -44  Judge Mehta

CODY VOLLAN

CONSENT MOTION TO LATE FILE SENTENCING MEMORANDUM

Counsel for the defendant, with the consent of the Government, requests permission to file sentencing materials beyond the filing date. There was a family medical emergency on Thursday and Friday that precluded the timely filing of Memorandum in U.S. v. Vollan 22-cr-44 et.al.

Respectfully submitted,

_____/s/_____
H. Heather Shaner #273276
1702 S Street N.W.
Washington, D.C. 20009
Tel. 202 265 8210
hhsesq@aol.com