FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.     22-cr- 44 Hon. Judge Mehta

CODY VOLLAN

SENTENCING MEMORANDUM FOR MR. CODY VOLLAN

Pursuant to 18 USC § 3553(a), the Court shall impose a sentence sufficient, but not greater than necessary, to reflect the seriousness of the offense; to promote respect for the law and to provide just punishment for the offense; to afford adequate deterrence; to protect the public from further crimes of the defendant; and to provide the defendant with needed educational/vocational training, medical care, or other correctional treatment. For these reasons the defendant requests this Honorable Court to accept the Sentencing Recommendation of the United States Office of Probation and to impose a sentence of 12 months probation, a lump sum payment of $500.00 restitution within thirty days and 50 hours of community service.

The government's suggested sentence is disproportionate to the sentences imposed on other similarly situated "minor" actors. It also overstates the culpability and criminality of the defendant.

The mission of the United States Office of Probation is to evaluate each individual defendant and his or her personal characteristics in light of the charged criminal conduct and to recommend to the Court an appropriate sentence.  The United States Office of Probation applies its considerable knowledge and experience to adopt a just recommendation pursuant to 18 USC §3553(a) to the Court. Two different probation officers have evaluated the conduct, history and characteristics of the co-defendants.  As to each, the Office of Probation has recommended a non-custodial sentence.

Both P.O. Hana Field and P.O. Kelli Willet have extensive experience in evaluating the conduct of January 6th defendants facing Sentence before this Court for their participation in the events of January 6,th 2021. Each officer  has the responsibility to weigh the particular conduct of a defendant in light of his or her personal history and characteristics.

Specifically, as to Cody Vollan, Officer Field recommends a term of 12 months probation,  as "sufficient to address the goals of sentencing."  She states "probation is recommended as an appropriate sentence, as a period of incarceration does not appear to be needed for specific deterrence to promote respect for the law."

This is Mr. Vollan's  only criminal contact in his otherwise unblemished life. He was totally cooperative when approached by FBI.  He has been in total compliance with Pre Trial Supervision since his release, and with the Office of United States Probation. He entered an early plea. He has always expressed his regret for his entry into the Capitol and has accepted responsibility for his conduct on January 6th, 2021.

Cody Vollan is a good son, a good brother and good partner to Samantha Rodriquez.  He has a strong bond with each of his parents.  He

has always been employed or was a full time student attending college. He was a star athlete in high school as well as a member of the National Honors Society. He graduated with an Associate Degree from Joliet Junior College in 2017. He studied at Lewis University from 2017 until 2019. When his life settles down and after this case is resolved, he hopes to return to school to complete his B.A. degree at Lewis University.

He is in a long term relationship with Samantha Rodriguez, who is a special education teacher. He accepts responsibility as the adoptive father to her four year old daughter. He is employed as a Mortgage Underwriter. He helps support his family. He states that his family "makes [him] truly happy and make [him] strive to be a better man than he was yesterday."

Although Cody Vollan was eligible for court appointed counsel, he elected to hire an attorney and to accept financial responsibility for his criminal conduct. He has also sought a reading list from counsel, to help him overcome his shame in having participated in what he views as a most "embarrassing part of our nation's history." He has read <u>March</u> by John Lewis to learn about the struggle for voting rights and additional books on Government, civics and American History. He has watched much of the House Select Committee Hearings on January 6th, 2021.

On behalf of Cody Vollan we request the Court adopt the recommendation of P.O. Field. A non-custodial sentence involving a short period of probation is a just sentence. Cody is not a delinquent. He has shown great responsibility throughout his life. He has shown great remorse for his conduct on January 6th, 2021. He fully understands the wrongfulness of his having entered the Capitol. He accepted responsibility for his conduct at the earliest possible moment. He has expressed his remorse to his mother, his father, his partner and to counsel. He will express his remorse

to this Court. When I recently sent him the videos submitted by the Government for sentencing exhibits, he told counsel he became physically ill viewing the clip. "I see chaos and a moment when we should have left immediately." His remorse is heartfelt and genuine.

Respectfully submitted,

_____/s_____

H. Heather Shaner, Esq.
1702 S Street N.W.
Washington, D.C. 20009
Tel. 202 265 8210
hhsesq@aol.com
