My name is Cody Vollan. I was born on the South Side of Chicago, Blue Island specifically. My mother and father were never married; however, I have maintained great relationships with them both. Both sides of my family (mother being Scots-Irish; father being Scandinavian) are known for their outgoing kindness, easy-going personality, and (most important, in my opinion) strong work ethic. Even though growing up wasn't a typical situation, both of my parents gave and still give their support and love. I am blessed to have the family I have. In high school, I graduated with National Honors Society accords and was involved in football, track and field, wrestling and band. After high school I attended community college where I earned my Associates Degree. Through my college years I worked as a paraprofessional for a therapeutic school, working with students aged 14 to 21 on the autism spectrum. In October of 2021 I decided to make a career change to originating mortgage loans. I live with my beautiful girlfriend and our daughter. They truly make me happy and make me strive to be a better man than I was yesterday.

This all being said, I absolutely regret my trespassing on January 6th. I was selfish and did not think about what repercussions this would have on my country and my family. We (my cousins and I) had no clue things would escalate the way they did. After this whole process, I can truly say that I do not ever want to go to Washington D.C again.

My mindset at the start was that we were going to a once in a lifetime moment. The news said that the election was possibly rigged, and that a rally was going to be hosted. I had never been to D.C. and had never heard anything like this had happened before in my lifetime. I thought it would be a historic event that we could say, "we were there". I thought we would go, hear the speeches, then leave. I had no idea things would escalate the way they did that day.

We took an Uber to the Washington Monument and the crowd was enormous. The most amount of people I had ever seen filled the grass around the monument. I was able to see (from very far away) Donald Trump give his speech. It was neat to see the actual president in-person. He said, "I'll be with you...we're gonna walk down to the Capitol". The crowd cheered and started walking. While walking, I was thinking that we would be witness to a historic moment and could say we were there. However, when we got there, I realized that this was not going to

be a positive moment in our nation's history. There were so many people. I didn't know where to go.

I foolishly followed the crowd. I went in and continued to follow the crowd. While inside we walked around, mainly looking for a bathroom. I heard various chants from everywhere saying "let's go there" I had never been in a place as beautiful as the Capitol. I did not know where the crowd intended to go. I thought it was a bad idea to have entered and we decided that we should leave. We exited and walked over to talk to a few law enforcement officers about what was going on. They replied (loosely, I do not remember verbatum) "This pays the bills, we're not trying to get hurt". It was at that moment that I heard people talking about someone getting shot inside. Simultaneously, I saw a heavily armed SWAT team run pass a barricade, assuming they were going inside. I decided that it was time to leave.

All the while I was thinking that this was a foolish mistake. Walking away I came to the realization that we may very well have been witness to a terribly harmful and embarrassing part of our nation's history.