Former US Representative John Lewis's series <u>March</u> fully embodies what it means to protest for a just cause. The series tells the story of John Lewis, his life and his fight in the civil rights movement during the 1950's and 1960's. Fighting for rights, truth, fairness through protests, marches and communication citizens do have the power to improve the world we live in. Most important, <u>March</u> encompasses what it truly means to act in non-violent protests, and our individual responsibility to persist in our fight for democracy. Civil protest and maintaining a nonviolent front are honorable characteristics for our citizens.

What I thought most important in this series by John Lewis, is that true injustice is what we should protest. We must not a blindly follow of the words of demagogues who speak without facts or hardly any evidence.

I do not consider myself to be a protester of any kind simply because there is no occasion that calls for protest. I have a family, my first duty is to take care of, provide for and protect them.